**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Challenge Multifamily Construction, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _4_  _6_ – _3_  _9_  _2_  _9_  _4_  _9_  _7_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2523 Ave. H**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Rosenberg**          **TX**    **77471**<br>City                State    ZIP Code | City                State    ZIP Code |
| **FORT BEND**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.cmc-tx.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor **Challenge Multifamily Construction, Inc** _____   Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Challenge Multifamily Construction, Inc** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

List all cases.  If more than 1, attach a separate list.

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Challenge Multifamily Construction, Inc** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
Number     Street

_____

_____  _____  _____
City                              State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

## ▮ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/01/2024**
MM / DD / YYYY

X **/s/ Javier Garza**
Signature of authorized representative of debtor

**Javier Garza**
Printed name

**President**
Title

18. **Signature of attorney**

X **/s/ Julie M. Koenig**              Date **02/01/2024**
Signature of attorney for debtor                MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm name

**815 Walker St.**
Number        Street

**Suite 1040**

**Houston**                              **TX**        **77002**
City                                     State       ZIP Code

**(713) 236-6800**                       **julie.koenig@cooperscully.com**
Contact phone                           Email address

**14217300**                             **TX**
Bar number                              State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Challenge Multifamily Construction, Inc</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**      **Current value of debtor's interest**

2. **Cash on hand**      **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account Stellar Bank** | **Checking account** | **6 1 5 3** | **$181.56** |
| 3.2. | **Checking account New First National Bank** | **Checking account** | **9 7 3 7** | **($522,099.54)** |

4. **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **($521,917.98)**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor   **Challenge Multifamily Construction, Inc**                          Case number (if known) _____
         Name

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.** **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                                                        **$0.00**

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less:  **$186,940.99**  –  **$0.00**  = .............. ➔  **$186,940.99**
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:     **$287,977.86**  –  **$0.00**  = .............. ➔  **$287,977.86**
                            face amount         doubtful or uncollectible accounts

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                **$474,918.85**

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                            % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17.** **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.                                                       **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

02/01/2024 11:42:36am

Debtor   **Challenge Multifamily Construction, Inc**
_____
Name

Case number (if known) _____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | | |
| **29.  Farm animals**  _Examples:_  Livestock, poultry, farm-raised fish | | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Challenge Multifamily Construction, Inc**          Case number (if known) _____
          <span style="font-size:smaller">Name</span>

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **4 U Shape Office Desks** | | Google Search | $300.00 |
| **1 Wooden/Glass Desk and Cabinet** | | Google Search | $600.00 |
| **3 Office Chairs** | | Google Search | $150.00 |
| **1 3 Piece Sofa Set** | | Google Search | $600.00 |
| **1 Wooden/Glass Table with 4 Chairs** | | Google Search | $200.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 Office Telephones** | | Google Search | $60.00 |
| **3 HP Computers** | | Google Search | $650.00 |
| **2 HP Printers** | | Google Search | $250.00 |
| **1 Security System with Monitor** | | Google Search | $700.00 |
| **1 Microwave** | | Google Search | $50.00 |
| **1 Mini Fridge** | | Google Search | $150.00 |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $3,710.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

Debtor   **Challenge Multifamily Construction, Inc**                    Case number (if known) _____
         Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Chevrolet Silverado 1500** | | **NADA** | **$42,175.00** |
| 47.2. **2020 Ford F350 Super Duty** | | **NADA** | **$46,925.00** |
| 47.3. **2020 Ford F250 Super Duty** | | **NADA** | **$51,725.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Bobcat T76-R Closed Cab with Poer Bobtac, Bobcat Heavy Dut Contstruction Bucket with Teeth** | | **Internet Search** | **$80,000.00** |
| **2012 JLG 600S Telescopic Boom Lift** | | **Internet Search** | **$49,900.00** |
| **2012 Genie S-60X Telescopic Boom Lift** | | **Internet Search** | **$33,127.00** |
| **2017 Bobcat T650 Compact Track Loader** | | **Internet Search** | **$22,000.00** |
| **2020 Bobcat Compact Excavator** | | **Internet Search** | **$28,500.00** |
| **2019 MX2 XCHG Bucket** | | **Internet Search** | **$1,474.00** |
| **2020 24" MX2 XCHG Bucket Teeth** | | **Internet Search** | **$1,708.00** |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$357,534.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

Debtor   **Challenge Multifamily Construction, Inc**               Case number (if known) _____
       Name

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1ST @ JACKSON ST**<br>**Waller, TX**<br>**Jackson Street**<br>**S519000 HEMPSTEAD BLK 574 LOT 1**<br>**THRU 10** | Land | | Waller CAD 2022 | $400,000.00 |
| 55.2.  **2523 Avenue H**<br>**Rosenberg, TX 77471**<br>**2523 Avenue H, Rosenberg, TX**<br>**77471**<br>**Ward-Waddell Addn, Block 8, Lot 13**<br>**(E 2 FT) & Lot 14 (All)** | Business Property | | Fort Bend Apprais | $265,053.00 |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      $665,053.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:   Intangibles and Intellectual Property**

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
|     **www.cmc-tx.com** | | | $0.00 |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.      $0.00

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

Debtor  **Challenge Multifamily Construction, Inc**_____ Case number (if known) _____
       Name

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No.  Go to Part 12.
☑  Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.  Notes receivable** | | |
| Description (include name of obligor) | | |
| **72.  Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| **73.  Interests in insurance policies or annuities** | | |
| **Accident Fund- Workers Compensation and Employers Liability Insurance Policy** | | $0.00 |
| **State Auto Insurance** | | $0.00 |
| **Evanston Insurance Company** | | $0.00 |
| **Hanover Insurance Group- Commercial Inland Marine Coverage** | | $0.00 |
| **Mesa Underwriters Specialty Insurance Company- Commercial General Liability** | | $0.00 |
| **Homesite Insurance Company of Florida- Commercial Excess Liability Policy** | | $0.00 |
| **American Zurich Insurance Company- Builders Risk Coverage** | | $0.00 |
| **74.  Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| **Claim against Matthew Montalvo for embezzlement from the company, theft by check, and unauthorized checks.** | | $1,100,000.00 |
| Nature of claim | **Criminal- Unauthorized Checks** | |
| Amount requested | **$1,100,000.00** | |
| **75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| **Bank Refunds (Stellar Bank)- unauthorized checks- related to the cause of action listed on 74.** | | $77,803.91 |
| Nature of claim | **Fraudulant Charges** | |
| Amount requested | **$77,803.91** | |
| **76.  Trusts, equitable or future interests in property** | | |
| **77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | | |
| **78.  Total of Part 11.** Add lines 71 through 77.  Copy the total to line 90. | | **$1,177,803.91** |

Debtor  **Challenge Multifamily Construction, Inc**                                    Case number (if known) _____
        Name

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **($521,917.98)** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$474,918.85** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,710.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$357,534.00** | |
| **88. Real property.** *Copy line 56, Part 9*............................................➔ | | **$665,053.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$1,177,803.91** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$1,492,048.78** | + 91b. **$665,053.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................. **$2,157,101.78**

**Fill in this information to identify the case:**

Debtor name **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name<br>**Ally Financial** | Describe debtor's property that is<br>subject to a lien | $47,140.63 | $46,925.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**PO Box 380902**

**2020 Ford F350 Super Duty**

Describe the lien
**Auto**

**Bloomington          MN    55438-0902**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number            **4    9    8    2**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**1) Ally Financial; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$1,918,660.56**

Debtor   **Challenge Multifamily Construction, Inc** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**  Creditor's name
**Ascentium Capital, LLC**

Creditor's mailing address
**23970 HWY 59 N**

_____

**Kingwood          TX    77339**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                   **6    3    5    8**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
    relative priority?

    ☑ No.  Specify each creditor, including this
    creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**Bobcat T76-R Closed Cab with Poer Bobtac, Bobcat H**

Describe the lien
**Business Equipment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$90,000.00          $80,000.00

**1) Ascentium Capital, LLC; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue
Service; 6) CT Corporation System.**

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**2.3**  Creditor's name
**Ford Credit**

Creditor's mailing address
**c/o Correspondence**

**PO Box 152271**

_____

**Irving          TX    75015-2271**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                   **2    5    8    0**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
    relative priority?

    ☑ No.  Specify each creditor, including this
    creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**2020 Ford F250 Super Duty**

Describe the lien
**Auto**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,750.12          $51,725.00

**1) Ford Credit; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT
Corporation System.**

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Debtor   **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.4**  Creditor's name
**Fort Bend County Tax Assessor-Collect**

Creditor's mailing address
**Carmen P.Turner**

**1317 Eugene Heimann Circle**

_____

**Richmond          TX    77469**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Have you already specified the
            relative priority?

   ☒ No.  Specify each creditor, including this
            creditor, and its relative priority.

Describe debtor's property that is
subject to a lien                                          **$5,194.03**          **$265,053.00**

**2523 Avenue H, Rosenberg, TX 77471**

Describe the lien

**Taxes**

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1) Stellar Bank; 2) Fort Bend County Tax Assessor-Collector; 3) SBA LOAN; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.**

   ☐ Yes.  The relative priority of creditors is
            specified on lines  _____

**2.5**  Creditor's name
**GM Financial**

Creditor's mailing address
**PO Box 183593**

_____

**Arlington          TX    76096-3834**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number                    __8__  __2__  __5__  __6__

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Have you already specified the
            relative priority?

   ☒ No.  Specify each creditor, including this
            creditor, and its relative priority.

Describe debtor's property that is
subject to a lien                                          **$47,248.13**          **$42,175.00**

**2020 Chevrolet Silverado 1500**

Describe the lien

**Auto**

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1) GM Financial; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.**

   ☐ Yes.  The relative priority of creditors is
            specified on lines  _____

Debtor **Challenge Multifamily Construction, Inc** _____ Case number (if known) _____

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.6**

**Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**Insolvency Department**

**PO Box 7346**

_____

**Philadelphia         PA     19101-7346**

**Creditor's email address, if known**

_____

**Date debt was incurred      12/31/2016**

**Last 4 digits of account**
**number**          ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

Assets

**Describe the lien**

6721 Taxes

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$13,871.37** | **$1,492,048.78** |
|---|---|---|

For Petty Cash: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For Checking account New First National Bank : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For Checking account Stellar Bank: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For Account Receivables : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 5) CT Corporation System.  For 1 3 Piece Sofa Set: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 1 Wooden/Glass Desk and Cabinet : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 1 Wooden/Glass Table with 4 Chairs : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 3 Office Chairs: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 4 U Shape Office Desks: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 1 Microwave: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 1 Mini Fridge: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 1 Security System with Monitor: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2 HP Printers: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2 Office Telephones: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System. For 3 HP Computers : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2012 Genie S-60X Telescopic Boom Lift: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2012 JLG 600S Telescopic Boom Lift : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2017 Bobcat T650 Compact Track Loader: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2019 MX2 XCHG Bucket: 1) Stellar Bank; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.  For 2020 24" MX2 XCHG Bucket Teeth: 1) Stellar Bank; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.  For 2020 Bobcat Compact Excavator: 1) Stellar Bank; 2) SBA LOAN; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) Internal Revenue Service; 6) CT Corporation System.  For Bobcat T76-R Closed Cab with Poer Bobtac, Bobcat Heavy Dut C: See 2.2.  For www.cmc-tx.com: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For Bank Refunds (Stellar Bank)- unauthorized checks- related to the cause of action listed on 74. : 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For Claim against Matthew Montalvo for embezzlement from the com: 1) SBA LOAN; 2) Internal Revenue Service; 3) Internal Revenue Service; 4) Internal Revenue Service; 5) CT Corporation System.  For 2020 Chevrolet Silverado 1500 : See 2.5.  For 2020 Ford F250 Super Duty : See 2.3.

specified on lines _____

**Federal Tax Lien**

Debtor   **Challenge Multifamily Construction, Inc**   Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.7**

| | | |
|---|---|---|
| **Creditor's name** **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | **$8,784.69**  **$1,970,160.79** |
| **Creditor's mailing address** **Insolvency Department** | **Assets** | |
| **PO Box 7346** | **Describe the lien** | |
| | **941 Taxes** | |

**Philadelphia          PA    19101-7346**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred    9/30/2019**

**Last 4 digits of account number          ___ ___ ___ ___**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For Jackson Street: 1) Internal Revenue Service; 2) Internal Revenue Service; 3) Jet Lending, LLC; 4) CT Corporation System. For Petty Cash: See 2.6.  For Checking account New First National Bank : See 2.6.  For Checking account Stellar Bank: See 2.6.  For Account Receivables : See 2.6.  For 1 3 Piece Sofa Set: See 2.6.  For 1 Wooden/Glass Desk and Cabinet : See 2.6. For 1 Wooden/Glass Table with 4 Chairs : See 2.6.  For 3 Office Chairs: See 2.6.  For 4 U Shape Office Desks: See 2.6.  For 1 Microwave: See 2.6.  For 1 Mini Fridge: See 2.6.  For 1 Security System with Monitor: See 2.6.  For 2 HP Printers: See 2.6.  For 2 Office Telephones: See 2.6.  For 3 HP Computers : See 2.6.  For 2012 Genie S-60X Telescopic Boom Lift: See 2.6.  For 2012 JLG 600S Telescopic Boom Lift : See 2.6.  For 2017 Bobcat T650 Compact Track Loader: See 2.6.  For 2019 MX2 XCHG Bucket: See 2.6.  For 2020 24" MX2 XCHG Bucket Teeth: See 2.6.  For 2020 Bobcat Compact Excavator: See 2.6.  For Bobcat T76-R Closed Cab with Poer Bobtac, Bobcat Heavy Dut C: See 2.2.  For www.cmc-tx.com: See 2.6.  For Claim against Matthew Montalvo for embezzlement from the com: See 2.6.  For Bank Refunds (Stellar Bank)- unauthorized checks- related to the cause of action listed on 74. : See 2.6.  For 2523 Avenue H, Rosenberg, TX 77471: See 2.4.  For 2020 Chevrolet Silverado 1500 : See 2.5.  For 2020 Ford F250 Super Duty : See 2.3.  For 2020 Ford F350 Super Duty : See 2.1.**

   ☐ Yes.  The relative priority of creditors is
      specified on lines   _____

**Federal Tax Lien**

Debtor   **Challenge Multifamily Construction, Inc** _____   Case number (if known) _____

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.8**  Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**Insolvency Department**

**PO Box 7346**

_____

**Philadelphia        PA     19101-7346**

Creditor's email address, if known

_____

Date debt was incurred      **3/31/2020**

Last 4 digits of account
number      ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines  **2.1, 2.2,** 2.3, 2.4, 2.5

Describe debtor's property that is
subject to a lien
**Assets**

Describe the lien
**941 Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $351.89**     **Value of collateral: $1,970,160.79**

**Federal Tax Lien**

**2.9**  Creditor's name
**Jet Lending, LLC**

Creditor's mailing address
**1419 FM 1960 E**

_____

**Houston            TX    77073**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number      **1  1  2  2**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines  **2.7**

Describe debtor's property that is
subject to a lien
**Jackson Street**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $115,500.00**     **Value of collateral: $400,000.00**

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **SBA LOAN** | **subject to a lien** | **$1,363,500.00** | **$1,570,160.79** |

**Blanket Lien**

Creditor's mailing address
**14925 KINGSPORT RD**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?

**FORT WORTH        TX    76155**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred  _____

☐ No

Last 4 digits of account
number            **8  2  0  7**

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No

☐ Contingent

☑ Yes.  Have you already specified the
      relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
      specified on lines **2.1, 2.2, 2.3, 2.4, 2.!**

**2.11**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **Stellar Bank** | **subject to a lien** | **$19,153.02** | **$31,682.00** |

**Business Equipment**

Creditor's mailing address
**9 Greenway Plaza**

Describe the lien
**Business Equipment**

**Suite 110**

_____

Is the creditor an insider or related party?

**Houston              TX    77046**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred  _____

☑ No

Last 4 digits of account
number            **3  7  1  0**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ No

☐ Contingent

☑ Yes.  Have you already specified the
      relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
      specified on lines **2.6**

Debtor **Challenge Multifamily Construction, Inc**

Case number (if known) _____

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

**2.12** 

**Creditor's name**
**Stellar Bank**

**Creditor's mailing address**
**9 Greenway Plaza**

**Suite 110**

_____

**Houston          TX     77046**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account
number**          **9   1   3   8**

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines  **2.4**

**Describe debtor's property that is
subject to a lien**

**2523 Avenue H, Rosenberg, TX 77471**

**Describe the lien**

**Commercial Loan**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$179,166.68          $265,053.00

Debtor   **Challenge Multifamily Construction, Inc**                 Case number (if known)

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CESC-Covid EIDL Service Center** <br> **14925 Kingsport Rd** <br> **Fort Worth            TX      76155** | Line   **2.10** | ___ ___ ___ ___ |
| **CT Corporation System** <br> **330 N Brand Blvd** <br> **Suite 700** <br> **Glendale            CA      91203** | Line   **2.2** | **1    3    7    0** |
| **Stellar Bank** <br> **9 Greenway Plaza** <br> **Suite 110** <br> **Houston            TX      77046** | Line   **2.10** | ___ ___ ___ ___ |
| **US Small Business Administration** <br> **1545 Hawkins Blvd** <br> **Suite 202** <br> **El Paso            TX      79925** | Line   **2.10** | **0    0    0    1** |

| Fill in this information to identify the case: |
| --- |

Debtor  **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**  **Priority creditor's name and mailing address**

_____
_____
_____

_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor __**Challenge Multifamily Construction, Inc**_____  Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$530,338.12** |

4K Structures, Inc.

c/o Noack Law Firm, PLLC

24165 IH-10 West

Ste.. 217-148

San Antonio     TX     78257

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
Judgment

Date or dates debt was incurred

Last 4 digits of account number   2   2   7   3

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$516.01** |

Alvaro Cruz

5621 Mackinaw

Houston     TX     77053

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

BLAKE AT TYLER

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,080.48** |

American Express

P.O. Box 297800

Ft. Lauderdale     FL     33329-7800

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Credit Card

Date or dates debt was incurred

Last 4 digits of account number   1   0   0   9

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,104.58** |

BEST QUALITY CARPET

906 FIRST STREET

ROSENBERG     TX     77471

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred

Last 4 digits of account number   E   N   G   E

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$10,660.75**

**Castellano Texas Hardware Installers**

**807 Maroby St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                          TX      77017**

**Basis for the claim:**

**Business Account**

Date or dates debt was incurred    **2/12/2023**

Last 4 digits of account number      __  __  **N   A**

Is the claim subject to offset?
☑ No
☐ Yes

**MILES ONE 90**

| 3.6 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$176,500.00**

**CHANNEL PARTNERS GROUP**

**11100 WAYZATA BLVD #305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**MINNETONKA                  MN      55305**

**Basis for the claim:**

**Business Account**

Date or dates debt was incurred    **1/13/2023**

Last 4 digits of account number      **1   2   4   6**

Is the claim subject to offset?
☑ No
☐ Yes

**Judgment**

| 3.7 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,995.19**

**Edgar Alarcon**

**7319 Alba St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                          TX      77088**

**Basis for the claim:**

**Business Account**

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number      __  __  **N   A**

Is the claim subject to offset?
☑ No
☐ Yes

**Corsiar**

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Edgar Alarcon**

**7319 Alba St.**

_____

| Houston | TX | 77088 |
|---|---|---|

Date or dates debt was incurred     **3/14/2023**

Last 4 digits of account number     __ __ **N A**

**RIVERSIDE**

As of the petition filing date, the claim is:
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,629.90**

---

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Edgar Alarcon**

**7319 Alba St.**

_____

| Houston | TX | 77088 |
|---|---|---|

Date or dates debt was incurred     **3/14/2023**

Last 4 digits of account number     __ __ **N A**

**Riverside**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$26,240.68**

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Edgar Luna**

**14034 GreenJay st**

_____

| San Antonio | TX | 78217 |
|---|---|---|

Date or dates debt was incurred     **3/1/2023**

Last 4 digits of account number     __ __ __ __

**RIVERSIDE**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$20,000.00**

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**First Corporate Solutions**

**914 S. Street**

_____

| Sacramento | CA | 95811 |
|---|---|---|

Date or dates debt was incurred     _____

Last 4 digits of account number     **0 0 0 1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

Debtor   __Challenge Multifamily Construction, Inc_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Frank & Dora Frias Velaquez**

**12815 Covey Lane**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                     **TX     77099**

Basis for the claim:   **Lawsuit**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **0   3   8   6**

☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | | $12,491.62 |

**HERC RENTALS**

**27500 RIVERVIEW CENTER BLVD.**

**SUITE 100**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**BONITA SPRINGS**              **FL     34134**

Basis for the claim:   **Business Account**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number     **7   4   6   0**

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $81,682.15 |

**Hernandez Remodeling Construction INC.**

**8137 S Norvell Dr**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                      **TX     75227**

Basis for the claim:   **Business Account**

Date or dates debt was incurred     **2/2/2023**

Is the claim subject to offset?

Last 4 digits of account number     __  __  **N   A**

☑ No
☐ Yes

**MILES ONE 90**

---

| 3.15 | Nonpriority creditor's name and mailing address | | $1,571.24 |

**Honorio Alvarez**

**664 Wren Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Duncanville**                 **TX     75116**

Basis for the claim:   **Business Account**

Date or dates debt was incurred     **2/12/2023**

Is the claim subject to offset?

Last 4 digits of account number     __  __  **N   A**

☑ No
☐ Yes

**MILES ONE 90**

Debtor **Challenge Multifamily Construction, Inc**　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**IronEagle Construction, LLC**

**1222 Cottonwood Church Drive**

_____

**Rosenberg** TX 77471

Date or dates debt was incurred _____

Last 4 digits of account number 1 8 5 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$183,908.49**

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**JAVIER GARZA**

**6222 ANTHONIA LN**

_____

**RICHMOND** TX 77471

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$266,134.51**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Juan Tello**

**9718 Kath Ann**

_____

**Houston** TX 77038

Date or dates debt was incurred **3/1/2023**

Last 4 digits of account number ___ ___ N A

Corsiar

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Julain Denis Romero**

**6300 W. Bellfort Apt 445**

_____

**Houston** TX 77035

Date or dates debt was incurred **3/1/2023**

Last 4 digits of account number ___ ___ N A

Corsiar

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,907.40**

---

Debtor   **Challenge Multifamily Construction, Inc**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.20**   **Nonpriority creditor's name and mailing address**

Julian Denis Romero

6300 W. Bellfort Apt 445

Houston                          TX        77035

Date or dates debt was incurred        3/14/2023

Last 4 digits of account number        __  __  **N**  **A**

**RIVERSIDE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,341.80**

---

**3.21**   **Nonpriority creditor's name and mailing address**

Julian Denis Romero

6300 W. Bellfort Apt 445

Houston                          TX        77035

Date or dates debt was incurred        2/2/2023

Last 4 digits of account number        __  __  **N**  **A**

**MILES ONE 90**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,295.19**

---

**3.22**   **Nonpriority creditor's name and mailing address**

KALAMATA CAPITOL

80 BROAD ST #1210

NEW YORK                        NY       10004

Date or dates debt was incurred        _____

Last 4 digits of account number        __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**$506,175.75**

---

**3.23**   **Nonpriority creditor's name and mailing address**

Manuel Nolasco

1718 SOUTH GREAT SOUTHWEST PKWY

GRAND PRARIE                    TX        75051

Date or dates debt was incurred        8/22/2022

Last 4 digits of account number        __  __  **N**  **A**

**MILES ONE 90**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Account

**Is the claim subject to offset?**
☑ No
☐ Yes

**$131,652.85**

---

Debtor   **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Manuel Nolasco**

**1718 SOUTH GREAT SOUTHWEST PKWY**

**GRAND PRARIE**            TX      75051

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

$38,750.18

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ **N** **A**

Is the claim subject to offset?
☑ No
☐ Yes

**BLAKE AT TYLER**

---

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**Raul Diaz**

**310 Horizon Way**

**Josephine**            TX      75173

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

$35,703.27

Date or dates debt was incurred    2/2/2023

Last 4 digits of account number ___ ___ **N** **A**

Is the claim subject to offset?
☑ No
☐ Yes

**MILES ONE 90**

---

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

**SITE PRO RENTAL**

**711 N.W.W. WHITE RD**

**SAN ANTONIO**            TX      78219

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

$10,406.67

Date or dates debt was incurred _____

Last 4 digits of account number  **5   9   1   4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

**SITEBOX**

**6845 Flintlock Rd.**

**HOUSTON**            TX      77040

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

$750.00

Date or dates debt was incurred _____

Last 4 digits of account number  **F   R   A   M**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Challenge Multifamily Construction, Inc** | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.28**   Nonpriority creditor's name and mailing address

**SUNBELT RENTAL/ LYNN MC DOWELL**

**1275 W MAINLAND ST**

**COLUMBUS**                         **OH**      **43223**

Date or dates debt was incurred        **11/9/22-4/10/23**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,400.71**

---

**3.29**   Nonpriority creditor's name and mailing address

**TEXAS MUTUAL INSURANCE**

**2200 ALDRICH ST**

**AUSTIN**                         **TX**      **78723**

Date or dates debt was incurred        **5/3/2023**

Last 4 digits of account number        **5   0   2   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$125,404.90**

---

**3.30**   Nonpriority creditor's name and mailing address

**Texas Tools Traders**

**13317 Seydler Rd**

**Weimar**                         **TX**      **78962**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,060.05**

---

**3.31**   Nonpriority creditor's name and mailing address

**WHITECAP**

**4903 W. SAM HOUSTON PKWY**

**BUILDING C**

**HOUSTON**                         **TX**      **77041**

Date or dates debt was incurred

Last 4 digits of account number        **2   3   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,502.30**

---

Debtor   **Challenge Multifamily Construction, Inc**                          Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Anthem Development**
   **13101 Preston Rd**
   **Suite 510**

   **Dallas**              **TX**      **75240**

Line _____

☑ Not listed.  Explain:
   **Contract**

__ __ __ __

**4.2**   **ATTORNEY GENERAL**
   **TAX DIV. - BANKRUPTCY**
   **POB 12548**

   **AUSTIN**              **TX**      **78711**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.3**   **Attorney General**
   **Department of Justice**
   **10th and Constitution Ave N.W.**
   **Rm. 400**
   **Washington**          **DC**      **20530**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.4**   **Berkovitch & Bouskila, PLLC**
   **1545 US 202**
   **Suite 101**

   **Pomona**              **NY**      **10970**

Line   **3.22**

☐ Not listed.  Explain:

__ __ __ __

**4.5**   **Block Builders, LLC**
   **619 Jefferson Hwy**
   **Suite 2G**

   **Baton Rouge**        **LA**      **70806**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

**1** **8** **5** **3**

**4.6**   **Block Builders, LLC**
   **5051 Westheimer, Suite 1200**

   **Houston**            **TX**      **77056**

Line _____

☑ Not listed.  Explain:
   **Contract**

**1** **8** **5** **3**

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Block WT Cowan Place GC Jnt Venture LLP**<br>**4545 Post Oak Place Drive**<br><br>**Houston          TX      77027** | Line _____<br>☑ Not listed.  Explain:<br>**Contract** | **1   8   5   3** |
| 4.8 | **Channel Partners Capital**<br>**408 E Main St**<br>**Building 300, Suite 1**<br>**Marshall          MN     56258** | Line __**3.6**__<br>☐ Not listed.  Explain: | |
| 4.9 | **Corporation Service Company**<br>**PO Box 2576**<br><br>**Springfield          IL     62708** | Line __**3.22**__<br>☐ Not listed.  Explain: | **0   0   0   1** |
| 4.10 | **CT Corporation System**<br>**330 N Brand Blvd**<br>**Suite 700**<br>**Glendale          CA      91203** | Line __**3.6**__<br>☐ Not listed.  Explain: | **6   3   5   8** |
| 4.11 | **FORT BEND TAX APPRAISAL DISTRICT**<br>**2801 B.F. Terry Blvd (FM 2218)**<br><br>**Rosenberg          TX     77471** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | |
| 4.12 | **Freeman Price & Anziani, PC**<br>**1102 West Avenue**<br>**Suite 200**<br>**Austin          TX     78701** | Line __**3.22**__<br>☐ Not listed.  Explain: | **0   3   1   7** |
| 4.13 | **FW Cowan Place, LP**<br>**1201 East 13 street**<br><br>**Fort Worth          TX     76102** | Line _____<br>☑ Not listed.  Explain:<br>**Contract** | **1   8   5   3** |

Debtor   **Challenge Multifamily Construction, Inc**                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Harris County<br>c/o John Dillman<br>PO Box3064<br><br>Houston       TX      77253-3064 | Line _____<br>☑ Not listed.  Explain:<br>**TAXES** | __ __ __ __ |
| 4.15 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br><br>HOUSTON       TX      77253-3064 | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |
| 4.16 | Hicks Law Group, PLLC<br>325 N. St. Paul Street<br>Suite 4400<br><br>Dallas       TX      75201 | Line   **3.16**<br>☐ Not listed.  Explain: | **1   8   5   3** |
| 4.17 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br><br>Philadelphia       PA      19101-7346 | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |
| 4.18 | Internal Revenue Service<br>STOP 6692 AUSC<br><br>Austin       TX      73301-0030 | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |
| 4.19 | Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br><br>Houston       TX      77002 | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |
| 4.20 | IRS<br>8701 S. GESSNER<br><br>HOUSTON       TX      77074 | Line _____<br>☑ Not listed.  Explain:<br>**TAXES** | __ __ __ __ |

Debtor   **Challenge Multifamily Construction, Inc** _____   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.21** | **IRS** <br> **PO BOX 149047** <br> <br> **AUSTIN   TX   78714** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.22** | **Markel Insurance Company** <br> **4521 Highwoods Parkway** <br> <br> **Glen Allen   VA   23060** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | **1  8  5  3** |
| **4.23** | **Markel Insurance Company** <br> **c/o Corp Services Company** <br> **211 E 7th Street** <br> **Suite 620** <br> **Austin   TX   78759** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | **1  8  5  3** |
| **4.24** | **Markel Insurance Company** <br> **9500 Arboretum Blvd** <br> **Suite 400** <br> <br> **Austin   TX   78759** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | **1  8  5  3** |
| **4.25** | **MONTGOMERY COUNTY** <br> **TAX COLLECTOR** <br> **400 N SAN JACINTO** <br> <br> **CONROE   TX   77301-2823** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.26** | **Rabie Law Group, PLLC** <br> **c/o Frank & Dora Velasquez** <br> **308 Brandywyne Drive** <br> <br> **Friendswood   TX   77546** | Line __3.12__ <br> ☐ Not listed.  Explain: | **0  3  0  6** |
| **4.27** | **Ridgemont Commercial Construction** <br> **1520 W. Walnut Hill Ln** <br> <br> **Irving   TX   75080** | Line _____ <br> ☑ Not listed.  Explain: <br> **Contract** | __ __ __ __ |

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**4.28**  **SCI Construction, LTD**
**14170 FM 2964**

**Whitehouse        TX      75791**

Line _____

☑ Not listed.  Explain:
**Contract**

___ ___ ___ ___

**4.29**  **SECURITIES AND EXCHANGE COMMISSION**
**450 FIFTH STREET NW**

**WASHINGTON      DC     20549**

Line _____

☑ Not listed.  Explain:
**NOTICE ONLY**

___ ___ ___ ___

**4.30**  **Smithers Merchant Builders LP**
**21726 Hardy Oak Blvd**

**San Antonio       TX      78255**

Line _____

☑ Not listed.  Explain:
**Contract**

___ ___ ___ ___

**4.31**  **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**111 E. 17TH STREET**
**AUSTIN, TX 78774-0100**
**Attn:  Bankruptcy Dept**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

**4.32**  **Texas Workforce Commission**
**PO Box 149037**

**Austin             TX      78714-9037**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

**4.33**  **U.S. Attorney's Office**
**Southern District of Texas**
**1000 Louisiana, Ste. 2300**

**Houston            TX      77002**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.34**  **UNITED STATES TRUSTEE**
**515 Rusk Avenue, Ste. 3516**

**Houston            TX      77002**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor   **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                          5a.   _____ **$0.00**

5b.   **Total claims from Part 2**                          5b. **+** _____ **$2,311,204.79**

5c.   **Total of Parts 1 and 2**                            5c.   **$2,311,204.79**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____  Chapter  **11**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement- Miles One90 Apartments **Contract to be REJECTED** | Anthem Development |
| | | | 13101 Preston Rd |
| | | | Suite 510 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX        75240 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement- Loft l3Thirty Garland Texas **Contract to be REJECTED** | Anthem Development |
| | | | 13101 Preston Rd |
| | | | Suite 510 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX        75240 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Business Equipment- Bobcat T76-R Closed Cab with Poer Bobtac, Bobcat Heavy Dut Contstruction Bucket with Teeth **Contract to be ASSUMED** | Ascentium Capital, LLC |
| | | | 23970 HWY 59 N |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kingwood                TX        77339 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor- Cowan Place **Contract to be REJECTED** | Block Company |
| | | | 1201 East 13 street |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Worth                TX        76102 |

Debtor **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Compromise Settlement Agreement and Mutual Release** **Contract to be ASSUMED** | **BMSH/White Construction** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Lot 1-10 Block 574 in Waller, TX, 000 1st Street  (land) Sale Contract** **Contract to be ASSUMED** | **Realty One Group Optima** **6222 Anthonia Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richmond                    TX         77406** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement- The Blake at Tyler** **Contract to be ASSUMED** | **Ridgemont Commercial Construction** **1520 W. Walnut Hill Ln** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Irving                        TX         75080** |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Framing Labor- Mansfield Animal Hospital** **Contract to be ASSUMED** | **SCI Construction, LTD** **14170 FM 2964** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Whitehouse                 TX         75791** |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement- Corsair Healthcare & Rehab** **Contract to be ASSUMED** | **Smithers Merchant Builders LP** **21726 Hardy Oak Blvd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio               TX         78255** |

Debtor    **Challenge Multifamily Construction, Inc**                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement- Riverside Nursing & Rehab<br>Contract to be ASSUMED | **Smithers Merchant Builders LP**<br>**21726 Hardy Oak Blvd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**            **TX**        **78255** |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement- The Heights Brownsville<br>Contract to be ASSUMED | **Smithers Merchant Builders LP**<br>**21726 Hardy Oak Blvd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**            **TX**        **78255** |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Security Agreement<br>Contract to be ASSUMED | **Stellar Bank**<br>**9 Greenway Plaza**<br>**Suite 110** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**            **TX**        **77046** |

**Fill in this information to identify the case:**

Debtor name **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Javier Garza** | **6222 Anthonia Lane** <br> Number    Street <br><br> **Richmond** **TX** **77406** <br> City    State  ZIP Code | **Ascentium Capital, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 **Javier Garza** | **6222 Anthonia Lane** <br> Number    Street <br><br> **Richmond** **TX** **77406** <br> City    State  ZIP Code | **Ascentium Capital, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Javier Garza** | **6222 Anthonia Lane** <br> Number    Street <br><br> **Richmond** **TX** **77406** <br> City    State  ZIP Code | **KALAMATA CAPITOL** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 **Javier Garza** | **6222 Anthonia Lane** <br> Number    Street <br><br> **Richmond** **TX** **77406** <br> City    State  ZIP Code | **SBA LOAN** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Challenge Multifamily Construction, Inc**          Case number (if known) _____

## ■ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | **Javier Garza** | **6222 Anthonia Lane**<br>Number     Street | **American Express** | ☐ D  ☑ E/F  ☐ G |
| | | **Richmond**     **TX**   **77406**<br>City     State   ZIP Code | | |
| **2.6** | **Javier Garza** | **6222 Anthonia Lane**<br>Number     Street | **Frank & Dora Frias Velaquez** | ☐ D  ☑ E/F  ☐ G |
| | | **Richmond**     **TX**   **77406**<br>City     State   ZIP Code | | |
| **2.7** | **Javier Garza** | **6222 Anthonia Lane**<br>Number     Street | **CHANNEL PARTNERS GROUP** | ☐ D  ☑ E/F  ☐ G |
| | | **Richmond**     **TX**   **77406**<br>City     State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name   **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | **$665,053.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................. | **$1,492,048.78**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................ | **$2,157,101.78**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........... | **$1,918,660.56**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................... | **+   $2,311,204.79**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ | **$4,229,865.35**

---

**Fill in this information to identify the case and this filing:**

Debtor Name   **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/01/2024**                    X **/s/ Javier Garza**
             MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                                     **Javier Garza**
                                                     Printed name

                                                     **President**
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)      _____

☐ Check if this is an
amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the<br>fiscal year to filing date:** | From | **01/01/2024**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$56,680.20** |
| **For prior year:** | From | **01/01/2023**<br>MM / DD / YYYY | to | **12/31/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,188,327.13** |
| **For the year before that:** | From | **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,600,684.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
| --- | --- | --- | --- | --- | --- | --- |
| **From the beginning of the<br>fiscal year to filing date:** | From | **01/01/2024**<br>MM / DD / YYYY | to | Filing date | **Sold- 2013 Ford F250/2013 JLG Forklif** | **$50,000.00** |
| **For prior year:** | From | **01/01/2023**<br>MM / DD / YYYY | to | **12/31/2023**<br>MM / DD / YYYY | _____ | _____ |
| **For the year before that:** | From | **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | _____ | _____ |

Debtor   **Challenge Multifamily Construction, Inc**      Case number (if known) _____
              Name

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Walter Benitez**<br>Creditor's name<br>**125 Haylan Park**<br>Street<br><br>**Irving**        **TX**    **75061**<br>City             State    ZIP Code | 11/24/2023 | $27,840.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| 3.2. **Jose Manuel Ibarra**<br>Creditor's name<br>**809 S. Minnesota**<br>Street<br>**Apt 4**<br>**Alton**        **TX**    **78573**<br>City             State    ZIP Code | 10/10/23<br>10/23/23 | $19,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| 3.3. **Bank Direct**<br>Creditor's name<br>**PO Box 660448**<br>Street<br><br>**Dallas**        **TX**    **75266**<br>City             State    ZIP Code | 12/14/23 | $12,649.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Insurance** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| 3.4. **J. Diaz Cons, LLC**<br>Creditor's name<br>**7232 Long Drive**<br>Street<br><br>**Houston**        **TX**    **77087**<br>City             State    ZIP Code | 1/20/2024 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| 3.5. **Mac South Forest Products**<br>Creditor's name<br>**1250 Revolution Mill Drive**<br>Street<br>**Suite 244**<br>**Greensboro**        **NC**    **27405**<br>City             State    ZIP Code | 11/7/2023 | $27,202.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Challenge Multifamily Construction, Inc**                    Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.6.  **Julian Garza**
      Creditor's name
      **1222 Cottonwood Rd**
      Street

      **Rosenberg          TX**
      City               State    ZIP Code

Dates: **1/24/24-2013 Ford F250 Super Duty V8 was transfered for $20,000 balance owed to transferee.**

Total amount or value: _____

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.  **Javier Garza**
      Insider's name
      **6222 Anthonia Lane**
      Street

      **Richmond          TX      77406**
      City               State    ZIP Code

      **Relationship to debtor**

      **President**

Dates: **5/26/2023**

Total amount or value: **$23,000.00**

Reasons for payment or transfer: **Repaid retainer fees for bankruptcy, which was paid from personal funds**

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor   **Challenge Multifamily Construction, Inc**              Case number (if known) _____
_____
Name

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BMSH I Katy TX, LLC v. Charles N. White Construction dba White Construction Company v. A&A Masonry, Inc** <br><br>Case number <br>**01-21-0005-8435** | **Arbitration- Settlement Agreement** | **American Arbitration Association** <br>Name <br><br>Street <br><br><br>City          State    ZIP Code | ☒ Pending <br>☐ On appeal <br>☒ Concluded |
| 7.2. | **Matthew Montalvo** <br><br><br>Case number <br>**23-DCR-104111** | **Adult Felony- Filed by Indictment** | **268th District Court- Fort Bend County** <br>Name <br><br>Street <br><br><br>City          State    ZIP Code | ☒ Pending <br>☐ On appeal <br>☐ Concluded |
| 7.3. | **Kalamata Capital Group, LLC v. Challenge Multifamily Construction Inc; Javier Garza Corp; GOJJ, LLC and Javier Garza** <br><br>Case number <br>**133162-2022** | **Judgment** | **Supreme Court of The State of New York** <br>Name <br><br>Street <br><br><br>City          State    ZIP Code | ☐ Pending <br>☐ On appeal <br>☒ Concluded |
| 7.4. | **Texas Mutual Insurance Company vs. Challenge Multifamily Construction, Inc** <br><br>Case number <br>**D-1GN-19-18006867** | **Notice of Default** | **Judicial District 200th, Travis County** <br>Name <br><br>Street <br><br><br>City          State    ZIP Code | ☒ Pending <br>☐ On appeal <br>☐ Concluded |
| 7.5. | **Channel Partners Capital LLC vs. Challenge Multifamily Construction Inc and Javier Garza, Individually** <br><br>Case number <br>**42-CV-23-1246** | **Judgment** | **Fifth Judicial Court- Lyon County** <br>Name <br><br>Street <br><br><br>City          State    ZIP Code | ☒ Pending <br>☐ On appeal <br>☐ Concluded |

Debtor    **Challenge Multifamily Construction, Inc**                    Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **4K Structures, Inc. v. Challenge Multifamily Construction, Inc.** | **Judgment** | **274th Judicial District, Hays County**<br>Name<br><br>Street<br><br><br>City                State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**18-2273** | | | |
| 7.7. | **Frank and Dora Frias Velasquez v. Challenge Mutlifamily Construction, LLC and Javier Garza-Garza** | **Auto Accident Dispute** | **133rd Judicial District Court**<br>Name<br><br>Street<br><br><br>City                State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**2023-80386** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **Noack Law Firm, PLLC**<br>Custodian's name<br>**24165 IH-10 West**<br>Street<br>**Ste. 217-418**<br><br>**San Antonio        TX    78257**<br>City                State   ZIP Code | **Account Frozen**<br><br>**Case title**<br>**4K Structures, Inc v. Challenge Multifam**<br><br>**Case number**<br>**18-2273**<br><br>**Date of order or assignment**<br>**09/8/2021** | **$8,000.00**<br><br>**Court name and address**<br>**274th Judicial District, Hays County**<br>Name<br><br>Street<br><br><br>City                State   ZIP Code |

---

### Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

---

### Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **Money has been stolen by unauthorized checks and forging signatures** | **$0.00** | **2019-2023** | **$1,100,000.00** |

Debtor    **Challenge Multifamily Construction, Inc**                          Case number (if known) _____
          Name

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Cooper & Scully, P.C.** | **Attorney Fees: $20,000** | 3/29/2023 | **$21,738.00** |
|  | **Court Filing Fee: $1,738** |  |  |

**Address**

**815 Walker Street**
Street
**Suite 1040**

**Houston**              **TX**    **77002**
City                     State   ZIP Code

**Email or website address**

**www.cooperscully.com**

**Who made the payment, if not debtor?**

**Javier Garza- repaid by company 5/26/202**

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.  **M&M Welding Fabricators** | **2011 Genie GTH-1056** | **11/7/2022** | **$31,000.00** |

**Address**

**12959 Fondren Rd**
Street

_____

**Houston**              **TX**    **77035**
City                     State   ZIP Code

**Relationship to debtor**

_____

Debtor   **Challenge Multifamily Construction, Inc**                     Case number (if known) _____
_____
Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Jose M. Zepeda & Blanca R. Castaneda** | **252 County Road 4013 Lynn St, Dayton, TX 77535** | **5/23/23** | **$133,006.87** |
| | **Address** | **OAK MEADOWS, LOT 12, SEC 3, ACRES 1.12- Value $200,390** | | |
| | _____ | **Sold for $349,997.00** | | |
| | Street | | | |
| | _____ | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Julian Garza** | **2013 Ford F250 Super Duty V8 was transfered for $20,000 balanced owed to transferee. Value average condition $17,550** | **1/24/24** | **$0.00** |
| | **Address** | | | |
| | **1222 Cottonwood Rd** | | | |
| | Street | | | |
| | **Rosenberg          TX      77471** | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Brother** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Tyrone Jerome Parker** | **2013 JLG G9-43A Forklift- Value per internet search 2011 - 2014 $53,700- $55,500** | **1/31/2024** | **$30,000.00** |
| | **Address** | | | |
| | **561 S Ventu Park Rd** | | | |
| | Street | | | |
| | **Newbury Park        CA      91320** | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **N/A** | | | |

---

## Part 7:   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____
Name

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　　☐ No.  Go to Part 10.
　　　☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Stellar Bank**<br>Name<br>**PO Box 26017**<br>Street<br><br>**Beaumont    TX   77720**<br>City    State   ZIP Code | XXXX- 1  3  2  2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 2/27/2023 | $0.00 |

Debtor    **Challenge Multifamily Construction, Inc**                     Case number (if known) _____
          Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

Debtor   **Challenge Multifamily Construction, Inc**                    Case number (if known)   _____
         Name

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26a.1. | **ANI Associates, Inc**<br>Name<br>**6602 Tiger Trail**<br>Street | From  **1/2008**   To  **Present** | |
| | **Katy**                    **TX**      **77493**<br>City                        State      ZIP Code | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service | |
|---|---|---|---|
| 26b.1. | **Andrea Garza**<br>Name<br>**4331 Hawk Meadow**<br>Street | From  **2/26/2023**   To  **Present** | |
| | **Katy**                    **TX**      **77449**<br>City                        State      ZIP Code | | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **ANI Associates, Inc**<br>Name<br>**6602 Tiger Trail**<br>Street | |
| | **Katy**                    **TX**      **77493**<br>City                        State      ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Ascentium Capital LLc**<br>Name<br>**23950 Highway 59 N**<br>Street |
| | **Kingwood**                **TX**      **77339**<br>City                        State      ZIP Code |

Debtor   **Challenge Multifamily Construction, Inc**          Case number (if known) _____
        Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Javier Garza | 6222 Anthonia Ln<br>Richmond, TX 77406 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1.  **Javier Garza**<br>    Name<br>**6222 Anthonia Lane**<br>    Street<br><br>**Richmond**    **TX**  **77406**<br>    City    State  ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **Payments**<br>**$170,000.00** | **2023** | **Payroll** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

Debtor    **Challenge Multifamily Construction, Inc**                          Case number (if known) _____
          Name

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is
true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/01/2024**
          MM / DD / YYYY


**X** **/s/ Javier Garza**                                          Printed name  **Javier Garza**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **President**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Challenge Multifamily Construction, Inc**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..........................Hourly: Estimated Total     **$100,000.00**

Prior to the filing of this statement I have received.......................................................     **$20,000.00**

Balance Due...........................................................Hourly: Approximately     **$80,000.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/01/2024** | **/s/ Julie M. Koenig** | |
| --- | --- | --- |
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St. | |
| | Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

---

**/s/ Javier Garza**

*Javier Garza*
*President*

02/01/2024 11:42:48am

**Fill in this information to identify the case:**

Debtor name **Challenge Multifamily Construction, Inc**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  4K Structures, Inc. c/o Noack Law Firm, PLLC 24165 IH-10 West Ste.. 217-148 San Antonio, TX 78257 | | Judgment | Disputed | | | $530,338.12 |
| 2  KALAMATA CAPITOL 80 BROAD ST #1210 NEW YORK, NY 10004 | | Business Account | Disputed | | | $506,175.75 |
| 3  JAVIER GARZA 6222 ANTHONIA LN RICHMOND, TX 77471 | | Business Account | | | | $266,134.51 |
| 4  SBA LOAN 14925 KINGSPORT RD FORT WORTH, TX 76155 | | | | $1,363,500.00 | $1,168,796.94 | $194,703.06 |
| 5  IronEagle Construction, LLC 1222 Cottonwood Church Drive Rosenberg, TX 77471 | | Business Account | | | | $183,908.49 |

Debtor  **Challenge Multifamily Construction, Inc**  Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  CHANNEL PARTNERS GROUP 11100 WAYZATA BLVD #305 MINNETONKA, MN 55305 | | Business Account | | | | $176,500.00 |
| 7  Manuel Nolasco 1718 SOUTH GREAT SOUTHWEST PKWY GRAND PRARIE, TX 75051 | | Business Account | | | | $131,652.85 |
| 8  TEXAS MUTUAL INSURANCE 2200 ALDRICH ST AUSTIN, TX 78723 | | Business Account | | | | $125,404.90 |
| 9  Hernandez Remodeling Construction INC. 8137 S Norvell Dr Dallas, TX 75227 | | Business Account | | | | $81,682.15 |
| 10  American Express P.O. Box 297800 Ft. Lauderdale, FL 33329-7800 | | Credit Card | | | | $39,080.48 |
| 11  Manuel Nolasco 1718 SOUTH GREAT SOUTHWEST PKWY GRAND PRARIE, TX 75051 | | Business Account | | | | $38,750.18 |
| 12  Raul Diaz 310 Horizon Way Josephine, TX 75173 | | Business Account | | | | $35,703.27 |
| 13  Edgar Alarcon 7319 Alba St. Houston, TX 77088 | | Business Account | | | | $26,240.68 |

Debtor   **Challenge Multifamily Construction, Inc**                     Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  WHITECAP 4903 W. SAM HOUSTON PKWY BUILDING C HOUSTON, TX 77041 | | Business Account | | | | $23,502.30 |
| 15  BEST QUALITY CARPET 906 FIRST STREET ROSENBERG, TX 77471 | | Business Account | | | | $21,104.58 |
| 16  Texas Tools Traders 13317 Seydler Rd Weimar, TX 78962 | | Business Account | | | | $20,060.05 |
| 17  Edgar Luna 14034 GreenJay st San Antonio, TX 78217 | | Business Account | | | | $20,000.00 |
| 18  SUNBELT RENTAL/ LYNN MC DOWELL 1275 W MAINLAND ST COLUMBUS, OH 43223 | | Business Equipment | | | | $15,400.71 |
| 19  Julian Denis Romero 6300 W. Bellfort Apt 445 Houston, TX 77035 | | Business Account | | | | $14,341.80 |
| 20  HERC RENTALS 27500 RIVERVIEW CENTER BLVD. SUITE 100 BONITA SPRINGS, FL 34134 | | Business Account | | | | $12,491.62 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Challenge Multifamily Construction, Inc**                    CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/1/2024 _____                    Signature   **/s/ Javier Garza** _____
                                                                          ***Javier Garza***
                                                                          ***President***

Date _____                    Signature _____

4K Structures, Inc.
c/o Noack Law Firm, PLLC
24165 IH-10 West
Ste.. 217-148
San Antonio, TX 78257

Ally Financial
PO Box 380902
Bloomington, MN 55438-0902


Alvaro Cruz
5621 Mackinaw
Houston, TX 77053


American Express
P.O. Box 297800
Ft. Lauderdale, FL 33329-7800


Anthem Development
13101 Preston Rd
Suite 510
Dallas, TX 75240


Ascentium Capital, LLC
23970 HWY 59 N
Kingwood, TX 77339


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Berkovitch & Bouskila, PLLC
1545 US 202
Suite 101
Pomona, New York 10970

BEST QUALITY CARPET
906 FIRST STREET
ROSENBERG, TX 77471


Block Builders, LLC
5051 Westheimer, Suite 1200
Houston, TX 77056


Block Builders, LLC
619 Jefferson Hwy
Suite 2G
Baton Rouge, LA 70806


Block Company
1201 East 13 street
Fort Worth, Texas 76102


Block WT Cowan Place GC Jnt Venture LLP
4545 Post Oak Place Drive
Houston, TX 77027


BMSH/White Construction


Castellano Texas Hardware Installers
807 Maroby St.
Houston, TX 77017


CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


Channel Partners Capital
408 E Main St
Building 300, Suite 1
Marshall, MN 56258

```
CHANNEL PARTNERS GROUP
11100 WAYZATA BLVD #305
MINNETONKA, MN 55305



Corporation Service Company
PO Box 2576
Springfield, IL 62708



CT Corporation System
330 N Brand Blvd
Suite 700
Glendale, CA 91203


Edgar Alarcon
7319 Alba St.
Houston, TX 77088



Edgar Luna
14034 GreenJay st
San Antonio, TX 78217



First Corporate Solutions
914 S. Street
Sacramento, CA 95811



Ford Credit
c/o Correspondence
PO Box 152271
Irving, TX 75015-2271



Fort Bend County Tax Assessor-Collector
Carmen P.Turner
1317 Eugene Heimann Circle
Richmond, TX 77469



FORT BEND TAX APPRAISAL DISTRICT
2801 B.F. Terry Blvd (FM 2218)
Rosenberg, TX 77471
```

Frank & Dora Frias Velaquez
12815 Covey Lane
Houston, TX 77099


Freeman Price & Anziani, PC
1102 West Avenue
Suite 200
Austin, TX 78701


FW Cowan Place, LP
1201 East 13 street
Fort Worth, Texas 76102


GM Financial
PO Box 183593
Arlington, TX 76096-3834


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


HERC RENTALS
27500 RIVERVIEW CENTER BLVD.
SUITE 100
BONITA SPRINGS, FL 34134


Hernandez Remodeling Construction INC.
8137 S Norvell Dr
Dallas, TX 75227


Hicks Law Group, PLLC
325 N. St. Paul Street
Suite 4400
Dallas, TX 75201

```
Honorio Alvarez
664 Wren Avenue
Duncanville, TX 75116



Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030



IronEagle Construction, LLC
1222 Cottonwood Church Drive
Rosenberg, TX 77471



IRS
PO BOX 149047
AUSTIN, TX  78714



IRS
8701 S. GESSNER
HOUSTON, TX  77074



JAVIER GARZA
6222 ANTHONIA LN
RICHMOND, TX 77471



Javier Garza
6222 Anthonia Lane
Richmond, TX 77406
```

Jet Lending, LLC
1419 FM 1960 E
Houston, TX 77073


Juan Tello
9718 Kath Ann
Houston, TX 77038


Julain Denis Romero
6300 W. Bellfort Apt 445
Houston, TX 77035


Julian Denis Romero
6300 W. Bellfort Apt 445
Houston, TX 77035


KALAMATA CAPITOL
80 BROAD ST #1210
NEW YORK, NY 10004


Manuel Nolasco
1718 SOUTH GREAT SOUTHWEST PKWY
GRAND PRARIE, TX 75051


Markel Insurance Company
9500 Arboretum Blvd
Suite 400
Austin, TX 78759


Markel Insurance Company
c/o Corp Services Company
211 E 7th Street
Suite 620
Austin, TX 78759

Markel Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060

```
MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX  77301-2823


Rabie Law Group, PLLC
c/o Frank & Dora Velasquez
308 Brandywyne Drive
Friendswood, TX 77546


Raul Diaz
310 Horizon Way
Josephine, TX 75173


Realty One Group Optima
6222 Anthonia Lane
Richmond, TX 77406


Ridgemont Commercial Construction
1520 W. Walnut Hill Ln
Irving, TX 75080


SBA LOAN
14925 KINGSPORT RD
FORT WORTH, TX 76155


SCI Construction, LTD
14170 FM 2964
Whitehouse, TX 75791


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


SITE PRO RENTAL
711 N.W.W. WHITE RD
SAN ANTONIO, TX 78219
```

SITEBOX
6845 Flintlock Rd.
HOUSTON, TX 77040


Smithers Merchant Builders LP
21726 Hardy Oak Blvd
San Antonio, TX 78255


Stellar Bank
9 Greenway Plaza
Suite 110
Houston, TX 77046


SUNBELT RENTAL/ LYNN MC DOWELL
1275 W MAINLAND ST
COLUMBUS, OH 43223


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


TEXAS MUTUAL INSURANCE
2200 ALDRICH ST
AUSTIN, TX 78723


Texas Tools Traders
13317 Seydler Rd
Weimar, TX 78962


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002

```
UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002



US Small Business Administration
1545 Hawkins Blvd
Suite 202
El Paso, TX 79925



WHITECAP
4903 W. SAM HOUSTON PKWY
BUILDING C
HOUSTON, TX 77041
```

02/01/2024 11:42:52am

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                      CHAPTER   **11**

**Challenge Multifamily Construction, Inc**


DEBTOR(S)                                          CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Javier Garza<br>6222 Anthonia Ln<br>Richmond, TX 77406 | | 100 | Common |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.



Date:__**2/1/2024**_____          Signature:__**/s/ Javier Garza**_____
                                                                              *Javier Garza*
                                                                              **President**

02/01/2024 11:42:55am

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Challenge Multifamily Construction, Inc**　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

　　1. Gross Income for 12 Months Prior to Filing:　　　　　**$5,188,327.13**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

　　2. Gross Monthly Income:　　　　　　　　　　　　　　　　　　　**$472,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$19,530.00** |
| 4. Payroll Taxes: | **$3,300.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$427.88** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$220,000.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$460.00** |
| 12. Office Expenses and Supplies: | **$700.00** |
| 13. Repairs and Maintenance: | **$156.00** |
| 14. Vehicle Expenses: | **$4,000.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$13,000.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$6,500.00** |
| 18. Insurance: | **$13,500.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
| **Stellar Bank- Commercial Loan** | **$1,551.99** |
| **GM Financial** | **$1,389.52** |
| **Ally Financial** | **$1,013.58** |
| **Ford Credit** | **$1,409.68** |
| 21. Other (Specify): | |
| **Subcontracts** | **$181,900.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$468,838.65** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

　　23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):　　　**$3,161.35**